LAW OFFICES
# DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502

NEW YORK, N.Y. 10013

(212) 481-9350

TELECOPIER (212) 571-5507



November 26, 2007

Hon. John E. Sprizzo
United States District Judge
500 Pearl Street
New York, New York 10007

<u>United States v. Craig Medoff</u>
95 Cr. 347 (JES)

Dear Judge Sprizzo

    I am the attorney for Mr. Craig Medoff the defendant in the above referenced matter. His sentencing is presently scheduled for December 7, 2007. I recently learned that AUSA Rhonda Jung is on a maternity leave and was unable to complete writing the 5 k.1 she was preparing on behalf of my client. As of this writing I am not aware of another AUSA being assigned to this matter. Since this case dates back some 13 years I would certainly need more than the now less than two weeks before sentencing to review the 5 k.1 letter and speak with a number of people previously involved in this case to properly prepare for Mr. Medoff's sentencing. Indeed the assigned probation officer also would need the letter for her recommendation to Your Honor. Therefore, I am respectfully requesting an adjournment of this proceeding from December 7, 2007 at 3:00pm to February 28, 2008 at 3:00pm.

Very truly,

David S. Greenfield

December 4, 2007

APPLICATION GRANTED:

Loretta A. Preska
U.S.D.J.