UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    x
UNITED STATES OF AMERICA            x         ORDER
                                    x
            -v-                     x
                                    x         DOCKET #
   CRAIG MEDOFF                     x
                                    x         95 Crim 347 (JES)
                                    x
                                    x
------------------------------------x

5/1/08

, DISTRICT JUDGE:

The C.J.A. attorney assigned to receive cases on this day, 4/29/08, Joel Stein, Esq. is hereby ordered to assume representation of the defendant in the above captioned matter. The attorney Donid Greenfield is released.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

4-30-08

Dated: New York, New York